AO 440 (Rev. 12/09) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the

Western District of Wisconsin

| | |
|---|---|
| Freedom From Religion Foundation and Triangle FFRF <br> *Plaintiff* <br> v. <br> Steven Miller, Acting Commissioner of the Internal Revenue Service <br> *Defendant* | ) ) ) ) ) ) ) ) Civil Action No. 12-cv-946 |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*  Steven Miller, Acting Commissioner
Internal Revenue Service
1111 Constitutuion Ave., N.W.
Washington, D.C. 20224

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Richard L. Bolton
Boardman & Clark LLP
1 S. Pinckney St., Ste. 410
P.O. Box 927
Madison, WI 53701-0927

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

CLERK OF COURT

Date: 12/28/2012

s/ A. Wiseman, Deputy Clerk
*Signature of Clerk or Deputy Clerk*