UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WISCONSIN

| | |
|---|---|
| FREEDOM FROM RELIGION FOUNDATION, INC., and TRIANGLE FFRF,<br><br>    Plaintiff,<br><br>v.<br><br>STEVEN MILLER, ACTING COMMISSIONER OF THE INTERNAL REVENUE SERVICE,<br><br>    Defendant. | )<br>)<br>)<br>)  Case No. 12-CV-946<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

### ENTRY OF APPEARANCE

Please enter my appearance as counsel in the above-captioned case on behalf of the defendant.


Dated: February 25, 2013

                                                           Respectfully submitted,

                                                           */s/ Richard G. Rose*
                                                           RICHARD G. ROSE
                                                           D.C. Bar No.: 493454
                                                           U.S. Department of Justice, Tax Division
                                                           Post Office Box 7238
                                                           Ben Franklin Station
                                                           Washington, D.C.  20044
                                                           Telephone: (202) 616-2032
                                                           Facsimile: (202) 514-6770
                                                           E-mail: richard.g.rose@usdoj.gov

                                                           *Attorney for Defendant*

## CERTIFICATE OF SERVICE

I certify that, on February 25, 2013, service of the foregoing Notice of Appearance was made upon all parties by filing it with the Clerk of Court using the CM/ECF system.

                                        */s/ Richard G. Rose*
                                        RICHARD G. ROSE
                                        Trial Attorney, Tax Division
                                        U.S. Department of Justice