UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WISCONSIN

| | |
|---|---|
| FREEDOM FROM RELIGION FOUNDATION, INC. and TRIANGLE FFRF,<br><br>    Plaintiffs,<br><br>v.<br><br>STEVEN MILLER, ACTING COMMISSIONER OF THE INTERNAL REVENUE SERVICE,<br><br>    Defendant. | Case No. 12-CV-946 |

## UNITED STATES' MOTION TO DISMISS

Because the plaintiffs in this case – Freedom From Religion Foundation, Inc. and Triangle FFRF – lack standing and this Court lacks subject matter jurisdiction to hear this case, the United States moves to dismiss the complaint, pursuant to Fed. R. Civ. P. 12(b)(1). In support of this motion, the United States submits the facts, arguments, and legal citations contained in the brief filed herewith.

Dated: May 21, 2013

Respectfully submitted,

*/s/ Richard G. Rose*
RICHARD G. ROSE
District of Columbia Bar Number: 493454
U.S. Department of Justice, Tax Division
Post Office Box 7238
Ben Franklin Station
Washington, D.C. 20044
Telephone: (202) 616-2032
Facsimile: (202) 514-6770
E-mail: richard.g.rose@usdoj.gov

*/s/ Richard Adam Schwartz*
RICHARD ADAM SCHWARTZ
California Bar Number: 267469
U.S. Department of Justice, Tax Division
Post Office Box 683
Washington, D.C. 20044
Telephone: (202) 307-6322
Fax: (202) 307-0054
E-mail: richard.a.schwartz@usdoj.gov

*Counsel for Defendant*

## CERTIFICATE OF SERVICE

I certify that, on May 21, 2013, service of the foregoing UNITED STATES' MOTION TO DISMISS was made upon plaintiffs by filing it with the Clerk of Court using the CM/ECF system.

*/s/ Richard G. Rose*
RICHARD G. ROSE