UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WISCONSIN

FREEDOM FROM RELIGION
FOUNDATION, INC.,
and TRIANGLE FFRF,
        Plaintiffs,

v.                                      Case No. 12 CV 0946

DANIEL WERFEL,
COMMISSIONER OF THE
INTERNAL REVENUE SERVICE,
        Defendant.

## PLAINTIFFS' RESPONSE TO REQUEST FOR SUPPLEMENTAL BRIEFING

The present case is not distinguishable from the <u>Freedom from Religion Foundation v. Geithner</u>, No. 11-CV-626-bbc (W.D. Wis. August 29, 2012), as to the standing issue previously decided by the court. Just as the individual plaintiffs in the <u>Geithner</u> case are not "ministers of the gospel," so the Freedom From Religion Foundation is not a "church," as defined by the Internal Revenue Service. As a result, the present case is not distinguishable from the <u>Geithner</u> case in terms of standing analysis.

Dated this 12 day of August, 2013

                                                              **BOARDMAN & CLARK LLP**

                                                              */s/ Richard L. Bolton*
                                                               Richard L. Bolton
                                                                Wisconsin State Bar No. 1012552
                                                                *rbolton@boardmanclark.com*
                                                                1 S. Pinckney St., Ste. 410
                                                                P.O. Box 927
                                                                Madison, WI 53701-0927
                                                                (608) 257-9521
                                                                (608) 283-1709 (facsimile)
                                                                Attorneys for Plaintiffs

Notice of Electronic Filing and Service

I hereby certify that on August 12, 2013, this document was filed electronically in accordance with the ECF procedures of the United States District Court, Western District of Wisconsin, under Rule 5(d)(1), Federal Rules of Civil Procedure. All parties who are represented and have consented to service of electronically filed documents are served upon receipt of the NEF from the electronic filing system.

To the best of my knowledge, there are no parties in this case that require service by means other than electronic service using the Court's NEF. The original document on file contains a valid original signature.

F:\DOCS\WD\26318\25\A1711385.DOCX